IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02659-REB-BNB

CHAD ERIC COOLEY,

Plaintiff,

v.

OFFICER DIEGO PINA,
CHIEF OF POLICE DARYL MEISNER, each in the individual and official capacities,
OFFICERS JOHN DOE, and
THE CITY OF RIFLE, COLORADO,

Defendants.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order** (the "Motion"), filed on April 12, 2006.

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off date is to and including **September 29, 2006**.

DATED:  April 17, 2006