IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02659-REB-BNB

CHAD ERIC COOLEY,

Plaintiff,

v.

OFFICER DIEGO PINA,
CHIEF OF POLICE DARYL MEISNER, each in the individual and official capacities,
OFFICERS JOHN DOE, and
THE CITY OF RIFLE, COLORADO,

Defendants.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendants' Motion for Leave to Amend Answer** [docket no. 20, filed May 4, 2006] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attachment to docket no. 20, the tendered Amended Answer, for filing.

DATED:  May 5, 2006