IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No.05-cv-02659-REB-BNB

CHAD ERIC COOLEY, an individual,

    Plaintiff,

v.

OFFICER DIEGO PINA,
CHIEF OF POLICE DARYL MEISNER, each in their individual and official capacities;
OFFICERS JOHN DOE, and
THE CITY OF RIFLE, COLORADO,

    Defendants.

## ORDER OF DISMISSAL AS TO
## DEFENDANTS SGT. PINA AND CHIEF MEISNER

**Blackburn, J.**

The matter comes before the court on the **Stipulation for Dismissal of Sgt. Pina and Chief Meisner With Prejudice** [#25], filed June 27, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendants, Officer Diego Pina and Chief of Police Daryl Meisner, each in their individual and official capacities, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal of Sgt. Pina and Chief Meisner With Prejudice** [#25], filed June 27, 2006, is **APPROVED**;

    2. That plaintiff's claims against defendants, Officer Diego Pina and Chief of Police Daryl Meisner, each in their individual and official capacities, are **DISMISSED**

2

**WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That defendants, Officer Diego Pina and Chief of Police Daryl Meisner, each in their individual and official capacities, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated June 29, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**