**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.05-cv-02659-REB-BNB

CHAD ERIC COOLEY, an individual,

    Plaintiff,

v.

OFFICERS JOHN DOE, and
THE CITY OF RIFLE, COLORADO,

    Defendants.

## ORDER OF DISMISSAL AS TO
## DEFENDANT CITY OF RIFLE, COLORADO

**Blackburn, J.**

The matter comes before the court on the **Stipulation for Dismissal of Defendant City of Rifle With Prejudice** [#27], filed July 10, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendant The City of Rifle, Colorado, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal of Defendant City of Rifle With Prejudice** [#27], filed 10, 2006, is **APPROVED**;

    2. That plaintiff's claims against defendant The City of Rifle, Colorado, **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

2

3.  That The City of Rifle, Colorado, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated July 10, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

2